**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. **08-cr-276-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**2.   JEANINE MARGUERITE DANIELS,**

## ORDER

This matter is before the court on the Motion (letter) to Reduce Sentence (doc. #159), filed November 18, 2009. The letter shall be treated as a Motion to Reduce Sentence pursuant to 28 U.S.C. § 2255, and as such, and civil action shall be commenced.

Dated: November 19, 2009

                                BY THE COURT:

                                *s/John L. Kane*
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT