IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 09-cv-02735-JLK
Criminal Action No. 08-cr-00276-JLK

UNITED STATES OF AMERICA,

v.

JEANINE MARGUERITE DANIELS,

    Movant.

___

ORDER
___

Kane, J.

    Movant Jeanine Marguerite Daniels originally filed a Letter with the Court on November 18, 2009, requesting, *pro se*, a reduction in her sentence. In an Order dated November 19, 2009, I construed the Motion as a 28 U.S.C. § 2255 Motion. On November 30, 2009, I granted Ms. Daniels' request for the reappointment of her previous CJA panel attorney and now direct counsel to supplement Ms. Daniels's sentence reduction request. Notwithstanding my characterization of Ms. Daniels' *pro se* Motion as a § 2255 Motion, CJA counsel is instructed to state specifically the grounds for the sentence reduction requested and, if appropriate, to include briefing that addresses Ms. Daniels' request for a reduction in sentence as it may arise under 18 U.S.C. § 3582, rather than § 2255. Accordingly,

    IT IS ORDERED that Movant, through counsel, shall file, on or before January 8, 2010, a Supplement to the November 18, 2009, Motion to Reduce Sentence in accordance

with the above instructions. The government shall have to and including January 19, 2010, to file a response.

  DATED at Denver, Colorado, this 3d day of December, 2009.

                <u>s/John L. Kane</u>
                SENIOR U.S. DISTRICT JUDGE